UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JACOB A. FAWFAW #511339,

    Plaintiff,

v.

MATHEW OBIDEN, et al.,

    Defendants.

_____/

Case No. 2:18-cv-00077

Hon. Gordon J. Quist
U.S. District Judge

**REPORT AND RECOMMENDATION**

This is a civil rights action brought by state prisoner Jacob A. Fawfaw pursuant to 42 U.S.C. § 1983. Defendants Mathew Obiden and Timothy Maki filed a motion seeking the dismissal of Plaintiff's claims arising under Mich. Comp. Laws § 750.478. (ECF No. 16.)

Section 750.478 is criminal provision that declares a public officer's willful neglect to perform the officer's duty a misdemeanor. Plaintiff lacks standing to bring a criminal action against Defendants. *Crump v. Darling*, 2007 WL 851750, at *14 (W.D. Mich. Mar. 21, 2007) (citing *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973)). Moreover, the provision does not provide a cause of action for monetary damages. *Id.* Notably, Plaintiff concurs with the dismissal of these claims in a different motion. (PageID.85.)

Accordingly, the undersigned recommends that the Court grant Defendants' motion (ECF No. 16) and dismiss Plaintiff's claims arising under Mich. Comp. Laws § 750.478.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Dated: April 4, 2019

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE