UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JACOB A. FAWFAW #511339,

    Plaintiff,

v.

MATHEW OBIDEN, et al.,

    Defendants.

    /

Case No. 2:18-CV-77

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's April 4, 2019, Report and Recommendation recommending that the Court grant Defendants' motion to dismiss Plaintiff's claims arising under M.C.L. § 750.478—a criminal statute. The Report and Recommendation was duly served on Plaintiff on April 4, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the April 4, 2019, Report and Recommendation (ECF No. 39) is approved and adopted as the Opinion of the Court, and Defendants' motion to dismiss (ECF No. 16) is **GRANTED**. Plaintiff's claim under M.C.L. § 750.478 is **DISMISSED WITH PREJUDICE**.

Dated: May 1, 2019

                  /s/ Gordon J. Quist
                  GORDON J. QUIST
                  UNITED STATES DISTRICT JUDGE